UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: April 5, 2019

UNITED STATES OF AMERICA

    Plaintiff,

Vs.

Francisco Fernando THRONE-Aldana
    Defendant One
    YOB: 2000
    US Citizen

Magistrate's Case No. 19-1231MJ

21 U.S.C. §§ 841(a)(1) Possess a Controlled Substance with Intent to Distribute
Count One

COMPLAINT FOR VIOLATION OF
21 U.S.C. §§ 952, 960(a)(1)
Importation of a Controlled Substance
Count Two

---

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about April 05, 2019, at or near San Luis, Arizona, within the more District of Arizona, the defendant, Francisco THRONE-Aldana, did knowingly possess with intent to distribute 40 grams or of a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) a Schedule II Controlled Substance, in violation of United States Code, Sections Title 21 841(b)(1)(B)(vi).

COUNT TWO

On or about April 05, 2019, at or near San Luis, Arizona, within the District of Arizona, the defendant, Francisco THRONE-Aldana, did knowingly and intentionally import, attempt to import, and in fact did import, 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N-[1-( 2-phenylethyl)-4-piperidinyl] propanamide) a Schedule II Controlled Substance, in violation of Title 21 United States Code, Sections 952(a),960(a)(1) and 960(b)(2)(F).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: Josh Kolsrud, Assistant U.S. Attorney

_____
Vincent Cahill
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, April 8, 2019, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

STATEMENT OF FACTS

I, Special Agent Vincent Cahill, Homeland Security Investigations, being duly sworn do state the following:

On April 5, 2019, at approximately 3:37 p.m., the defendant, Francisco THRONE-Aldana, applied for admission into the United States from Mexico via pedestrian lanes at the San Luis, Arizona Port of Entry. Before THRONE's primary inspection, a port Canine Enforcement Officer's (CEO's) Human and Narcotics Detection Dog (HNDD) alerted to THRONE in the preprimary inspection lane. THRONE was then escorted to the Primary Inspection area.

At Primary Inspection, THRONE presented a valid Arizona Identification Card and Arizona Birth Certificate as his entry documents. THRONE provided a United States Customs and Border Protection (CBP) Officer with a negative customs declaration.

CBP Officers performed a pat down on THRONE and a taped package containing blue "M 30" pills was discovered taped to THRONE's groin area. The weight of the package was 261.5 grams. A CBP Officer field tested a randomly selected pill utilizing a Rapid Response Fentanyl Test Strip and the pill field tested positive for fentanyl.

During a post-*Miranda* interview, THRONE stated he knew he was importing pills into the United States. THRONE stated he was going to get paid $300 to deliver the package of narcotics to an unknown person at the San Luis, Arizona, McDonalds.

Based on the foregoing, there is probable cause to believe THRONE committed the offenses as alleged in the Complaint.

_____
Vincent Cahill, Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, April 8, 2019, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

## Probable Cause Statement

I, Vincent Cahill, declare under penalty of perjury, the following is true and correct:

On April 5, 2019, On April 5, 2019, at approximately 3:37 p.m., the defendant, Francisco THRONE-Aldana, applied for admission into the United States from Mexico via pedestrian lanes at the San Luis, Arizona Port of Entry. Before THRONE's primary inspection, a port Canine Enforcement Officer's (CEO's) Human and Narcotics Detection Dog (HNDD) alerted to THRONE in the preprimary inspection lane. THRONE was then escorted to the Primary Inspection area.

At Primary Inspection, THRONE presented a valid Arizona Identification Card and Arizona Birth Certificate as his entry documents. THRONE provided a United States Customs and Border Protection (CBP) Officer with a negative customs declaration.

CBP Officers performed a pat down on THRONE and a taped package containing blue "M 30" pills was discovered taped to THRONE's groin area. The weight of the package was 261.5 grams. A CBP Officer field tested a randomly selected pill utilizing a Rapid Response Fentanyl Test Strip and the pill field tested positive for fentanyl.

During a post-*Miranda* interview, THRONE stated he knew he was importing pills into the United States. THRONE stated he was going to get paid $300 to deliver the package of narcotics to an unknown person at the San Luis, Arizona, McDonalds.

Executed on: April 5, 2019    Time: 7:45 p.m.

Signed: _____

Vincent Cahill
Special Agent, Homeland Security Investigations

Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of __2__ page(s), I find probable cause to believe that the defendant(s) named therein committed the offence on the date ___April 5, 2019___ in violation of Title 21, United States Code Sections 952, 960 and 841(a).

Finding Made on: Date __4/7/2019__
Time __1250 hrs__

Signed: _____
James C. Metcalf
United States Magistrate Judge